ZIMMERMAN REED, LLP
HART L. ROBINOVITCH, ESQ.
Email: Hart.Robinovitch@zimmreed.com
14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ 85254
Telephone: 480.348.6400
Facsimile: 480.348.6415

Interim Lead Counsel for Plaintiffs
(Additional Counsel for Plaintiffs Listed Below)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE: PACQUIAO-MAYWEATHER BOXING MATCH PAY-PER-VIEW LITIGATION | MDL No. 2:15-ml-02639-RGK (PLAx)<br><br>[MDL No. 2639]|
| This document relates to:<br><br>ALL CASES | **DECLARATION OF HART L. ROBINOVITCH IN SUPPORT OF PLAINTIFFS' RESPONSES IN OPPOSITION TO THE MAYWEATHER DEFENDANTS' AND PACQUIAO DEFENDANTS' MASTER RULE 12(B)(6) MOTIONS TO DISMISS AND SUPPORTING DOCUMENTS (DOCS. 145 AND 146)**<br><br>(Assigned to the Honorable R. Gary Klausner)<br><br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner<br><br>Hearing Date: None Scheduled<br>Hearing Time: None Scheduled |

DECLARATION OF HART L. ROBINOVITCH

I, Hart L. Robinovitch, declare as follows:

1. I am a Partner at Zimmerman Reed, LLP and am a member in good standing of the State Bars of Arizona and Minnesota. Zimmerman Reed has offices in Minneapolis, Minnesota, Scottsdale, Arizona and the Los Angeles area. I have been admitted to this Court *pro hac vice* on behalf of Plaintiffs in the above-captioned matter and pursuant to the Court's Order of December 11, 2015 (Doc. 61). I was appointed Interim-Lead Counsel for Plaintiffs. I submit this declaration in support of Plaintiffs' Responses in Opposition to the Mayweather Defendants' and Pacquiao Defendants' Master Rule 12(B)(6) Motions to Dismiss and Supporting Documents (Docs. 145 and 146, respectively). I have personal knowledge of the statements contained herein and if called as a witness, I would testify thereto.

2. Attached as Exhibit 1 to this Declaration is a true and correct copy of the Complaint at issue in *Showtime Networks Inc. v. Top Rank, Inc.*, Case No. 1:16-cv-03904, filed on May 26, 2016, in the United States District Court for the Southern District of New York. Dkt. No. 6 (the "Showtime Complaint").

3. Attached as Exhibit 2 to this Declaration is a true and correct copy of a news article from The Guardian dated April 28, 2015, titled: "How Mayweather-Pacquiao gives PPV cops a chance to make big money", available at https://www.theguardian.com/sport/2015/apr/28/floyd-mayweather-manny-pacquiao-fight-pay-per-view-cops.

I declare under the penalty of perjury pursuant to the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 6th day of October, 2016 at Scottsdale, Arizona.

/s/ Hart L. Robinovitch
Hart L. Robinovitch

DECLARATION OF HART L. ROBINOVITCH                                                              1